IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONSTANCE BRACEY and <br> ANNIE PEARL BRACEY, <br><br> Plaintiffs, <br><br> v. <br><br> ELEANOR D. BRACEY BARBOUR, <br> JEAN MILLS STUART, LEON SHARBER, <br> and ADAM R. HILL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:12-cv-629 <br> ) <br> ) Judge Campbell <br> ) <br> ) <br> ) <br> ) |

## ORDER

In response to the Court's order entered September 27, 2012, directing *pro se* plaintiff Constance Bracey either to submit the full $455 filing fee or to obtain leave directly from the Sixth Circuit Court of Appeals to proceed *in forma pauperis* on her appeal, the plaintiff has now submitted the $455 fee, along with a document entitled "Motion for Leave to Proceed on Appeal." (ECF No. 21.) The plaintiff has already submitted a notice of appeal and does not need this Court's permission to proceed with her appeal. The motion is therefore **MOOT**.

It is unclear whether the plaintiff also filed the same document in the Sixth Circuit. Accordingly, in an abundance of caution, the Clerk of Court is directed to give notice of the motion (ECF No. 21), this order, and the payment of the filing fee to the Sixth Circuit Court of Appeals. The plaintiff is directed to submit any future filings relating to her appeal directly to the Sixth Circuit Court of Appeals rather than to this Court.

It is so **ORDERED**.

_____
Todd Campbell
United States District Judge